GEORGE MONTIS et al., Appellants, *v.* FIFTH AVENUE COACH COMPANY, Respondent, et al., Defendants.

Submitted June 11, 1943; decided July 20, 1943.

*Benjamin H. Siff* and *Jerome J. Licari* for appellants.

*Joseph Cole* and *Henry J. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: LEHMAN, Ch. J.